[No. 9023–2–I.  Division One.  July 13, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN BYRON DILLARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80–8–01710–3, Richard M. Ishikawa, J., entered June 4, 1980. *Affirmed* by unpublished opinion per Andersen, J., concurred in by James, C.J., and Callow, J.

[No. 8322–8–I.  Division One.  July 13, 1981.]

PAUL SNYDER, ET AL, *Respondents*, v. THE STATE OF WASHINGTON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 777930, Warren Chan, J., entered November 14, 1979. *Affirmed* by unpublished per curiam opinion.

[No. 9108–5–I.  Division One.  July 13, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURIE DAWN OSIAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80–1–00097–3, James J. Dore, J., entered June 23, 1980. *Affirmed* by unpublished opinion per Andersen, J., concurred in by James, C.J., and Callow, J.

[No. 8788–6–I.  Division One.  July 13, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK STOUDAMIRE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 79–1–02055–5, Richard M. Ishikawa, J., entered May 2, 1980. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Swanson and Durham, JJ.